## JAMES DUANE RADFORD,
*Appellant,*

*v.*

## Jean HILL,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

05-03-4283M; A128982

135 P3d 397

Hari Nam S. Khalsa filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jennifer S. Lloyd, Attorney-In-Charge, Collateral Remedies and Capital Appeals, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

Affirmed. *Lutz v. Hill*, 205 Or App 252, 134 P3d 1003 (2006).